JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS FLOWERS and CHRISTOPHER L. NELSON, on behalf of themselves and all others similarly situated,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DOCTOR'S BEST, INC.,<br><br>　　Defendant. | Case No.: CV 13-8174-DMG (JCGx)<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE OF DEFENDANT DOCTOR'S BEST, INC. [59]** |

The Court, having the considered the parties' stipulation to dismiss Defendant Doctor's Best, Inc., hereby orders that the above-captioned action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: December 7, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE